IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIRGILLIO VIRGO : CIVIL ACTION
:
v. :
:
GREGORY KULP, *et al.* : NO. 10-cv-7306-JF

ORDER

AND NOW, this 17th day of February 2011, upon consideration of the pending motions in this case, IT IS ORDERED:

1. That Defendant Gregory Kulp's Motion for a More Definite Statement (Document No. 7) is GRANTED. The complaint is dismissed without prejudice. The Clerk is directed to provide Plaintiff with a copy of the prisoner complaint form, and Plaintiff may file an amended complaint no later than March 30, 2011 in accordance with the guidelines set forth in the accompanying Memorandum.

2. That Plaintiff's self-styled "Motion for More Definite Statement" (Document No. 8) is DENIED.

3. That Plaintiff's "Motion for Relief for Redress" (Document No. 9), construed as a request for the appointment of counsel, is DENIED.

4. That the Clerk is directed to mark the case-file CLOSED, to be re-opened if an amended complaint is filed.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.